**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                      No. 4:12CR00267-001-KGB

MICHAEL LAYTON                                                                                    DEFENDANT

## ORDER

On June 13, 2013, defendant Michel Layton entered a plea of guilty to being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).  Mr. Layton's sentencing is pending, and Mr. Layton is currently released on bond.  The Court hereby directs the personnel of the Washington County Juvenile Court to release any and all records pertaining to defendant's juvenile criminal history to United States Probation Officer Kimberly Lawson.

IT IS SO ORDERED this 12th day of August, 2013.

_____
Kristine G. Baker
United States District Judge